IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL F. HAGAN, SR.,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 12-00034-CG-N |
| **GOVERNOR BENTLEY, et al.,** | ) |
| Defendants. | ) |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 13, 2010, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that this action be dismissed without prejudice for failure to prosecute and comply with the Court's orders.

**DONE and ORDERED** this 16th day of May, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE