IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL F. HAGAN, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 12-00034-CG-N |
| | ) |
| GOVERNOR BENTLEY, et al., | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and comply with the Court's orders.

**DONE and ORDERED** this 16th day of May, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE